IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIDGETT DORSEY
    Petitioner,
v.                                             Case No. 5:23cv226/TKW/MAL

WARDEN PISTRO,
et al.

    Respondents.
_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case by filing a petition for writ of habeas corpus on August 16, 2023, seeking an order compelling the Bureau of Prisons to (1) apply 180 earned time credit days to her release date, and (2) release Petitioner to home confinement. ECF No. 1 at 3. At the time, Petitioner's projected release date was November 14, 2023.

After Petitioner paid the $5.00 filing fee and before directing the clerk to serve the petition, the undersigned confirmed Petitioner was released from custody on September 6, 2023. *See* https://www.bop.gov/inmateloc//. Therefore, the Court entered an order directing Petitioner to show cause why her petition should not be dismissed as moot. The Clerk has advised this order was returned as undeliverable due to Petitioner's release, and she has not provided an updated address, despite having been advised of the importance of doing so. ECF No. 3.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Petitioner has failed to comply with Court orders necessary for the continuation of this case, the petition should be dismissed without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1. Petitioner's petition under 28 U.S.C. § 2241 be **DISMISSED** without prejudice.

2. The clerk be directed to close the case file.

At Gainesville, Florida on September 26, 2023.

s/ *Midori A. Lowry*
Midori A. Lowry
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.