UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIDGETT DORSEY
    Petitioner,
v.                                  Case No. 5:23cv226/TKW/MAL

WARDEN PISTRO,
et al.

    Respondents.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute.[1] Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close

---

[1] The case could also be dismissed based on Petitioner's failure to keep the Court apprised of her current address because the copy of the Report and Recommendation that was mailed to Plaintiff's address of record was returned as undeliverable. *See* Doc. 8.

the case file.

**DONE and ORDERED** this 23rd day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**